DAVIS JOHNSON *v.* ANDREW I. STEWART.

The purchaser of land at a void or invalid tax sale can only recover from the owner, or enforce a lien against the land, for the amount of taxes paid, with interest, and without any penalty.

MOTION for leave to file a petition in error to the District Court of Van Wert county.

This was an action by Stewart against Johnson, to quiet Johnson's title to land. The only defense set up by John-son was that he held a lien upon the premises for taxes paid by him as purchaser, at an invalid or void sale of the land for taxes. The court allowed the defendant a lien for the amount so paid, with interest from the date of payment, but allowed no penalty, and it is now claimed that the court should have allowed a penalty of fifty per cent. on the amount paid, and that its refusal to do so was erroneous.

*Cunningham & Brotherton,* for the motion.
*Price & Shissler,* contra.

BY THE COURT. We think the court was right. We know of no law that compels the owner to pay a penalty on taxes paid upon a void or invalid tax sale.

*Motion overruled.*